PEOPLE V KENT WELLS, No. 137804; Court of Appeals No. 287617.

HATHAWAY, J. (*not participating*). I recuse myself and will not partici-pate in this case as I was the presiding trial court judge. See MCR 2.003(B).

COLEMAN V DEPARTMENT OF CORRECTIONS, No. 137829; Court of Appeals No. 284071.

PEOPLE V HANNAH, No. 137837; Court of Appeals No. 287894.

PEOPLE V STUTZ, No. 137843; Court of Appeals No. 287725.

PEOPLE V ANDRE BELL, No. 137883; Court of Appeals No. 279183.

*Reconsideration Denied February 24, 2009:*

PEOPLE V HELLSTROM, No. 135382. Leave to appeal denied at 482 Mich 1078. Court of Appeals No. 269980.

KELLY, C.J. I would grant the motion for reconsideration.

PEOPLE V BUTLER, No. 136498. Leave to appeal denied at 482 Mich 1031. Court of Appeals No. 283134.

PEOPLE V BEASLEY, No. 136985. Leave to appeal denied at 482 Mich 1066. Court of Appeals No. 283970.

PEOPLE V SCHURTZ, Nos. 136996 and 136997. Leave to appeal denied at 482 Mich 1078. Court of Appeals Nos. 278056 and 278057.

PEOPLE V MESSENGER, No. 137031. Leave to appeal denied at 482 Mich 1067. Court of Appeals No. 284408.

PEOPLE V LANE, No. 137056. Leave to appeal denied at 482 Mich 1067. Court of Appeals No. 285688.

SPENCER V DEPARTMENT OF CORRECTIONS, No. 137117. Leave to appeal denied at 482 Mich 1068. Court of Appeals No. 284370.

SHOPE V AD TRANSPORT EXPRESS, INC, No. 137247. Leave to appeal denied at 482 Mich 1070. Court of Appeals No. 284276.

MCMILLIAN V DTE ENERGY, No. 137378. Leave to appeal denied at 482 Mich 1071. Court of Appeals No. 286371.

KENDALL V STATE BAR OF MICHIGAN, No. 137442; Leave to appeal denied at 482 Mich 1072. Court of Appeals No. 277330.

*Summary Disposition March 6, 2009:*

PEOPLE V NAYVON HILL, No. 137018. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals and direct that court to decide whether to grant, deny, or order other relief in accordance with MCR 7.205(D)(2). Defendant filed an application for appointed counsel within the one-year period following his guilty plea before his conviction became final. Before defendant filed this